ALEXIS BROWN LAW, CHTD.
Alexis L. Brown (No. 12338)
725 S. 8th St., Suite 200
Las Vegas, Nevada 89101
Tel: (702) 848-8806
Fax: (702) 551-1251
alexis@alexisbrownlaw.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VISHAL CHAMARIA, an individual; VIVEK CHAMARIA, an individual; PUJA CHAMARIA, an individual; GAURI CHAMARIA, an individual; P & V, LLC, a California limited liability company; CHIP SHOP, LLC, a California limited liability company, | Case No.: 2:17-CV-02023-JAD-CWH |
| Plaintiffs, | |
| *vs.* | |
| TONY M. DIAB, an individual; SHOOK, HARDY & BACON, L.L.P., a Missouri limited liability partnership; MATTHEW GREGORY JONES, an individual; G & M MANAGEMENT SERVICES, INC., a California corporation, dba JONES REAL ESTATE; DOES I through X, individuals; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (DKT. 10)**
**(First Request)**

Plaintiffs VISHAL CHAMARIA, VIVEK CHAMARIA, PUJA CHARMARIA, GAURI

CHAMARIA, P & V, LLC, and CHIP SHOP, LLC (collectively, the "Plaintiffs"), by and through

their attorney of record ALEXIS L. BROWN, ESQ. of the law office of ALEXIS BROWN LAW,

CHTD., and Defendant TONY M. DIAB, Defendant in Proper Person, hereby enter into this

stipulation to extend time pursuant to Fed. R. Civ. P. 6 and L.R. IA 6-1 as follows:

1      WHEREAS on July 31, 2017, Mr. Diab filed Defendant Tony M. Diab's Notice of Motion

2  and Motion to Dismiss for Lack of Personal Jurisdiction; Memorandum of Points and Authorities

3  Thereon (the "Diab Motion to Dismiss") (Dkt. 10).

4      WHEREAS Plaintiffs' response to the Diab Motion to Dismiss (Dkt. 10) is currently due

5  on August 14, 2017.

6      WHEREAS on August 8, 2017, Defendants Matthew Gregory Jones and G & M

7  Management Services, Inc. (the "Jones Defendants") filed a Notice of Motion and Motion to

8  Dismiss Complaint Against Defendants Matthew Gregory Jones and G & M Management

9  Services, Inc. for Lack of Personal Jurisdiction (the "Jones Defendants' Motion to Dismiss") (Dkt.

10  20).

11      WHEREAS Plaintiffs' response to the Jones Defendants' Motion to Dismiss (Dkt. 20) is

12  due August 22, 2017.

13      WHEREAS Plaintiffs assert that jurisdiction over Mr. Diab and the Jones Defendants is

14  intertwined and, as such, Plaintiffs wish to collectively address the jurisdictional arguments raised

15  in both the Diab Motion to Dismiss (Dkt. 10) and Jones Defendants' Motion to Dismiss (Dkt. 20).

16      WHEREAS Defendant Diab agrees to allow Plaintiffs this first requested extension until

17  August 22, 2017 to respond to the Diab Motion to Dismiss (Dkt. 10).

18  / / /

19  / / /

20  / / /

1     Based on the foregoing,

2     IT IS HEREBY STIPULATED that good cause exists to allow Plaintiffs until August 22,

3  2017 to respond to the Diab Motion to Dismiss (Dkt. 10).

4   DATED this  13th  day of August, 2017.

5                                          ALEXIS BROWN LAW, CHTD.

6                                                  /s/ Alexis L. Brown
                                          By: _____
7                                              Alexis L. Brown (No. 12338)

8                                          Attorney for Plaintiffs

9   DATED this  13th  day of August, 2017.

10

11                                                 /s/ Tony M. Diab
                                          By: _____
12                                             Tony M. Diab, Defendant in Proper Person

13

14                                         IT IS SO ORDERED.

15

16                                         _____
                                          U.S. DISTRICT COURT JUDGE
17                                         DATED:  8/16/2017

18

19

20

21

22

23

24

25

26

27

28