Tony M. Diab
25961 Glen Canyon Dr.
Laguna Hills, CA 92653
tmdiab@yahoo.com
620-474-0301

*in pro per*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VISHAL CHAMARIA, an individual; VIVEK CHAMARIA, an individual; PUJA CHAMARIA, an individual; GAURI CHAMARIA, an individual; P & V, LLC, a California limited liability company; CHIP SHOP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>*vs.*<br><br>TONY M. DIAB, an individual; SHOOK, HARDY & BACON, L.L.P., a Missouri limited liability partnership; MATTHEW GREGORY JONES, an individual; G & M MANAGEMENT SERVICES, INC., a California corporation, dba JONES REAL ESTATE; DOES I through X, individuals; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-02023-JAD-CWH<br><br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT FOLLOWING REMOVAL |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT**
**(DKT. 3)**
**(First Request)**

Plaintiffs VISHAL CHAMARIA, VIVEK CHAMARIA, PUJA CHARMARIA, GAURI CHAMARIA, P & V, LLC, and CHIP SHOP, LLC (collectively, the "Plaintiffs"), and Defendants MATTHEW GREGORY JONES and G & M MANAGEMENT SERVICES, INC., Tony M. Diab, and Shook, Hardy & Bacon L.L.P., hereby enter into this Stipulation to Extend Time to file Joint Status Report Following Removal (Dkt. 3) (First Request) pursuant to Fed. R. Civ. P. 6 and L.R. IA 6-1 as follows:

WHEREAS on July 31, 2017, Mr. Diab filed Defendant Tony M. Diab's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction; Memorandum of Points and Authorities Thereon (the "Diab Motion to Dismiss") (Dkt. 10);

WHEREAS on August 8, 2017, Defendants Matthew Gregory Jones and G & M Management Services, Inc. (the "Jones Defendants") filed a Notice of Motion and Motion to Dismiss Complaint Against Defendants Matthew Gregory Jones and G & M Management Services, Inc. for Lack of Personal Jurisdiction (the "Jones Defendants' Motion to Dismiss") (Dkt. 20);

WHEREAS Plaintiffs' response to these respective motions has been extended until and including August 30, 2017 by stipulation of the parties and order of this Court (Dkt. 31; 32);

WHEREAS the parties agree that jurisdiction is a threshold issue the resolution of which may alter the scope of this action and thereby affect the content of a status report that includes a statement of action to be taken by this Court;

WHEREAS the parties believe that an eight day extension of the deadline to file a Joint Status Report will not unduly delay the resolution of this matter;

IT IS HEREBY STIPULATED that good cause exists to allow the parties until and including September 14, 2017 to file a Joint Status Report pursuant to this Court's July 26, 2017 order.

DATED this 24 day of August, 2017.

ALEXIS BROWN LAW, CHTD.

By: _/s/ Alexis Brown_____
Alexis L. Brown (No. 12338)

Attorney for Plaintiffs

DATED this 24 day of August, 2017.

HOFLAND & TOMSHECK

By: _/s/ Bradley Hofland_____
Bradley H. Hofland (No. 6343)

Attorneys for Matthew Jones and G & M Management Services, Inc.

DATED this 24 day of August, 2017.

By: /s/ Tony M. Diab
Tony M. Diab *in pro per* (No. 12954)

DATED this 24 day of August, 2017.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Christopher Jorgensen
J. Christopher Jorgensen (No. 5382)

Attorneys for Shook, Hardy & Bacon L.L.P.

IT IS SO ORDERED.

DATED: August 28, 2017

_____
U.S. MAGISTRATE JUDGE