ALEXIS BROWN LAW, CHTD.
Alexis L. Brown (No. 12338)
725 S. 8th St., Suite 200
Las Vegas, Nevada 89101
Tel: (702) 848-8806
Fax: (702) 551-1251
alexis@alexisbrownlaw.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VISHAL CHAMARIA, an individual; VIVEK CHAMARIA, an individual; PUJA CHAMARIA, an individual; GAURI CHAMARIA, an individual; P & V, LLC, a California limited liability company; CHIP SHOP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>*vs.*<br><br>TONY M. DIAB, an individual; SHOOK, HARDY & BACON, L.L.P., a Missouri limited liability partnership; MATTHEW GREGORY JONES, an individual; G & M MANAGEMENT SERVICES, INC., a California corporation, dba JONES REAL ESTATE; DOES I through X, individuals; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-02023-JAD-CWH |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (DKT. 20)**
**(Second Request)**

Plaintiffs VISHAL CHAMARIA, VIVEK CHAMARIA, PUJA CHARMARIA, GAURI CHAMARIA, P & V, LLC, and CHIP SHOP, LLC (collectively, the "Plaintiffs"), by and through their attorney of record ALEXIS L. BROWN, ESQ. of the law office of ALEXIS BROWN LAW, CHTD., and Defendants MATTHEW GREGORY JONES and G & M MANAGEMENT SERVICES, INC., by and through their attorney of record BRADLEY J. HOFLAND, ESQ. of the law office HOFLAND & TOMSHECK, hereby enter into this Stipulation to Extend Time to

Respond to Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 20) (Second Request) pursuant to Fed. R. Civ. P. 6 and L.R. IA 6-1 as follows:

WHEREAS on July 31, 2017, Mr. Diab filed Defendant Tony M. Diab's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction; Memorandum of Points and Authorities Thereon (the "Diab Motion to Dismiss") (Dkt. 10).

WHEREAS on August 8, 2017, Defendants Matthew Gregory Jones and G & M Management Services, Inc. (the "Jones Defendants") filed a Notice of Motion and Motion to Dismiss Complaint Against Defendants Matthew Gregory Jones and G & M Management Services, Inc. for Lack of Personal Jurisdiction (the "Jones Defendants' Motion to Dismiss") (Dkt. 20).

WHEREAS pursuant to Court order, Plaintiffs' response to the Jones Defendants' Motion to Dismiss (Dkt. 20) is currently due August 30, 2017. Dkt. 31.

WHEREAS the Parties previously agreed that Plaintiffs' response to the Jones Defendants' Motion to Dismiss could be submitted along with their response to the Diab Motion to Dismiss due to Plaintiffs' allegations of the interconnectedness of the jurisdiction against Mr. Diab and the Jones Defendants. Dkt. 31.

WHEREAS the Parties also previously agreed to extend the time for Plaintiffs to respond to the Diab Motion to Dismiss and Jones Defendants' Motion to Dismiss to allow for meaningful discussion of settlement of all claims. Dkt. 28, 31, 32.

WHEREAS, after Plaintiffs filed their Motion for an enlargement of time to respond to the Jones Defendants' Motion to Dismiss, Dkt. 35, the Parties informally agreed to extend the Plaintiffs' response deadline to September 2, 2017 and then to September 8, 2017 to allow for such ongoing settlement discussions.

WHEREAS settlement discussions have unfortunately stalled since September 6, 2017, requiring the parties to proceed with this case.

WHEREAS in light of the foregoing, the Parties stipulate and agree that Plaintiffs shall have this second extension until September 8, 2017 to respond to the Jones Defendants' Motion to Dismiss.

WHEREAS the Parties agree to allow the Jones Defendants a one business day extension of time through September 18, 2017 to file their reply in support of the Jones Defendants' Motion to Dismiss.

Based on the foregoing,

IT IS HEREBY STIPULATED that good cause exists to allow Plaintiffs until September 8, 2017 to respond to the Jones Defendants' Motion to Dismiss (Dkt. 20).

IT IS FURTHER STIPULATED that good cause exists to allow the Jones Defendants until September 18, 2017 to file a reply in support of the Jones Defendants' Motion to Dismiss (Dkt. 20).

DATED this 7th day of September, 2017.

ALEXIS BROWN LAW, CHTD.

By: */s/ Alexis L. Brown*
Alexis L. Brown (No. 12338)

Attorney for Plaintiffs

DATED this 8th day of September, 2017.

HOFLAND & TOMSHECK

By: */s/ Bradley J. Hofland*
Bradley J. Hofland (No. 6343)

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE
DATED: 9/11/2017

