Tony M. Diab
25961 Glen Canyon Dr.
Laguna Hills, CA 92653
tmdiab@yahoo.com
620-474-0301

*in pro per*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VISHAL CHAMARIA, an individual; VIVEK CHAMARIA, an individual; PUJA CHAMARIA, an individual; GAURI CHAMARIA, an individual; P & V, LLC, a California limited liability company; CHIP SHOP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>*vs.*<br><br>TONY M. DIAB, an individual; SHOOK, HARDY & BACON, L.L.P., a Missouri limited liability partnership; MATTHEW GREGORY JONES, an individual; G & M MANAGEMENT SERVICES, INC., a California corporation, dba JONES REAL ESTATE; DOES I through X, individuals; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-02023-JAD-CWH |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT RULE 26(f) REPORT AND DISCOVERY PLAN (Second Request)**

Plaintiffs VISHAL CHAMARIA, VIVEK CHAMARIA, PUJA CHARMARIA, GAURI CHAMARIA, P & V, LLC, and CHIP SHOP, LLC (collectively, the "Plaintiffs"), and Defendants MATTHEW GREGORY JONES and G & M MANAGEMENT SERVICES, INC., Tony M. Diab, and Shook, Hardy & Bacon L.L.P., hereby enter into this Stipulation to Extend Time to file

their Joint Rule 26(f) Report and Discovery Plan (Second Request) pursuant to Fed. R. Civ. P. 6 and L.R. IA 6-1 as follows:

WHEREAS on July 31, 2017, Mr. Diab filed Defendant Tony M. Diab's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction; Memorandum of Points and Authorities Thereon (the "Diab Motion to Dismiss") (Dkt. 10);

WHEREAS on August 8, 2017, Defendants Matthew Gregory Jones and G & M Management Services, Inc. (the "Jones Defendants") filed a Notice of Motion and Motion to Dismiss Complaint Against Defendants Matthew Gregory Jones and G & M Management Services, Inc. for Lack of Personal Jurisdiction (the "Jones Defendants' Motion to Dismiss") (Dkt. 20);

WHEREAS Plaintiffs' responses to these respective motions were filed on September 8, 2017 (Dkts. 38 and 39);

WHEREAS the deadline for Defendants' replies to Plaintiffs' responses has been extended until and including September 21, 2017 (Dkts. 40, 41, 44, 45);

WHEREAS the parties conducted a Rule 26(f) conference on September 7, 2017;

WHEREAS the parties agree that jurisdiction is a threshold issue the resolution of which may alter the scope of this action and thereby affect the content of the parties' Joint Rule 26(f) Report and status report following removal that includes a statement of action to be taken by this Court;

WHEREAS the parties believe that a fourteen (14) day extension of the deadline to file their Joint Rule 26(f) Report will not unduly delay the resolution of this matter;

IT IS HEREBY STIPULATED that good cause exists to allow the parties until and including October 5, 2017 to file a Joint Rule 26(f) Report.

DATED this 21st day of September, 2017.

ALEXIS BROWN LAW, CHTD.

By: */s/ Alexis Brown*
Alexis L. Brown (No. 12338)

Attorney for Plaintiffs

DATED this 21st day of September, 2017.

               HOFLAND & TOMSHECK

                    */s/ Bradley Hofland*
               By: _____
                  Bradley H. Hofland (No. 6343)

               Attorneys for Matthew Jones and G & M Management Services, Inc.

DATED this 21st day of September, 2017.

                      */s/ Tony M. Diab*
               By: _____
                  Tony M. Diab *in pro per* (No. 12954)

DATED this 21st day of September, 2017.

               LEWIS ROCA ROTHGERBER CHRISTIE LLP

                     */s/ Christopher Jorgensen*
               By: _____
                  J. Christopher Jorgensen (No. 5382)

               Attorneys for Shook, Hardy & Bacon L.L.P.

IT IS SO ORDERED.

DATED: September 22, 2017            _____
                                        U.S. MAGISTRATE JUDGE