Tony M. Diab
25961 Glen Canyon Dr.
Laguna Hills, CA 92653
tmdiab@yahoo.com
620-474-0301

*in pro per*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VISHAL CHAMARIA, an individual; VIVEK CHAMARIA, an individual; PUJA CHAMARIA, an individual; GAURI CHAMARIA, an individual; P & V, LLC, a California limited liability company; CHIP SHOP, LLC, a California limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>TONY M. DIAB, an individual; SHOOK, HARDY & BACON, L.L.P., a Missouri limited liability partnership; MATTHEW GREGORY JONES, an individual; G & M MANAGEMENT SERVICES, INC., a California corporation, dba JONES REAL ESTATE; DOES I through X, individuals; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:17-CV-02023-JAD-CWH<br><br>STIPULATION AND ORDER<br>ECF No. 46 |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (DKT. 10)**
(Third Request)

Plaintiffs VISHAL CHAMARIA, VIVEK CHAMARIA, PUJA CHARMARIA, GAURI CHAMARIA, P & V, LLC, and CHIP SHOP, LLC (collectively, the "Plaintiffs"), by and through their attorney of record ALEXIS L. BROWN, ESQ. of the law office of ALEXIS BROWN LAW, CHTD., and Defendant TONY M. DIAB, Defendant in Proper Person, hereby enter into this Stipulation to Extend Time to Respond to Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 10) (Third Request) pursuant to Fed. R. Civ. P. 6 and L.R. IA 6-1 as follows:

WHEREAS on July 31, 2017, Mr. Diab filed Defendant Tony M. Diab's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction; Memorandum of Points and Authorities Thereon (the "Diab Motion to Dismiss") (Dkt. 10).

WHEREAS pursuant to Court orders, Plaintiffs' response to the Diab Motion to Dismiss (Dkt. 10) was due and filed September 8, 2017. (Dkt. 28, 32, 38, 40.)

WHEREAS the Parties previously agreed to extend the time for Mr. Diab to file his Reply in Support of the Diab Motion to Dismiss from September 15, 2017 to September 18, 2017, and then to September 21, 2017. (Dkt. 28, 32, 40, 44, 45.)

WHEREAS the Parties have resumed settlement discussions and believe that an amicable resolution to their dispute is possible.

WHEREAS in light of the foregoing, the Parties stipulate and agree that Mr. Diab shall have this second extension until and including September 22, 2017 to file his Reply in Support of the Diab Motion to Dismiss (Dkt. 10).

Based on the foregoing,

IT IS HEREBY STIPULATED that good cause exists to allow Mr. Diab until September 22, 2017 to file a reply in support of the Diab Motion to Dismiss (Dkt. 10).

DATED this __21st__ day of September, 2017.

**IT IS SO ORDERED.**
_____
U.S. District Judge Jennifer Dorsey
September 22, 2017

ALEXIS BROWN LAW, CHTD.

By: _/s/ Alexis Brown_
Alexis L. Brown (No. 12338)

2