J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
CJorgensen@lrrc.com

*Attorneys for Defendant*
*SHOOK, HARDY & BACON, L.L.P.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VISHAL CHAMARIA, an individual; VIVEK CHAMARIA, an individual; PUJA CHAMARIA, an individual; GAURI CHAMARIA, an individual; P & V, LLC, a California limited liability company; CHIP SHOP, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>TONY M. DIAB, an individual; SHOOK, HARDY & BACON, L.L.P., a Missouri limited liability partnership; MATTHEW GREGORY JONES, an individual; G & M MANAGEMENT SERVICES, INC., a California corporation, dba JONES REAL ESTATE; DOES I through X, individuals; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:17-CV-02023-JAD-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 10, 20, 35, 52 |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Vishal Chamaria, Viviek Chamaria, Puja Chamaria, Gauri Chamaria, P & V, LLC, and Chip Shop, LLC (collectively, the "Plaintiffs"), and Defendants Matthew Gregory Jones and G & M Management Services, Inc., Tony M. Diab, and Shook, Hardy & Bacon, L.L.P., (collectively, the "Defendants") (the "Parties") hereby stipulate that the claims in this action be dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees and waiving all rights of

///
///

102431952_1

appeal.

**IT IS SO AGREED AND STIPULATED:**

DATED this 27 day of September, 2017.	ALEXIS BROWN LAW, CHTD.

By: /s/ Alexis L. Brown
Alexis L. Brown (No. 12338)

*Attorney for Plaintiffs*

DATED this __ day of September, 2017.	HOFLAND & TOMSHECK

By: _____
Bradley H. Hofland (No. 6343)

*Attorneys for G & M Management Services, Inc. and Matthew Gregory Jones*

DATED this __ day of September, 2017.

By: _____
Tony M. Diab *in pro per* (No. 12954)

DATED this 27 day of September, 2017.	LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ J Christopher Jorgensen
J Christopher Jorgensen (No. 5382)

*Attorneys for Shook, Hardy & Bacon, L.L.P.*

### ORDER OF DISMISSAL WITH PREJUDICE

Based on the parties' stipulation [ECF No. 52] and with good cause appearing and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **this case is DISMISSED** with prejudice, each party to bear its own fees and costs. All pending motions **[ECF Nos. 10, 20, 35] are DENIED** as moot. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. DISTRICT COURT JUDGE

Dated: 10-5-17

appeal.

IT IS SO AGREED AND STIPULATED:

DATED this ___ day of September, 2017.   ALEXIS BROWN LAW, CHTD.

By: _____
Alexis L. Brown (No. 12338)

*Attorney for Plaintiffs*

DATED this 26 day of September, 2017.   HOFLAND & TOMSHECK

By: /s/ Bradley H. Hofland
Bradley H. Hofland (No. 6343)

*Attorneys for G & M Management Services, Inc. and Matthew Gregory Jones*

DATED this ___ day of September, 2017.

By: _____
Tony M. Diab *in pro per* (No. 12954)

DATED this ___ day of September, 2017.   LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ J Christopher Jorgensen
J Christopher Jorgensen (No. 5382)

*Attorneys for Shook, Hardy & Bacon, L.L.P.*

102431952_1

2

appeal.

**IT IS SO AGREED AND STIPULATED:**

DATED this ___ day of September, 2017.   ALEXIS BROWN LAW, CHTD.

By: _____
    Alexis L. Brown (No. 12338)

*Attorney for Plaintiffs*

DATED this ___ day of September, 2017.   HOFLAND & TOMSHECK

By: _____
    Bradley H. Hofland (No. 6343)

*Attorneys for G & M Management Services, Inc. and Matthew Gregory Jones*

DATED this 8 day of September, 2017.

By: _____
    Tony M. Diab *in pro per* (No. 12954)

DATED this ___ day of September, 2017.   LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ *J Christopher Jorgensen*
    J Christopher Jorgensen (No. 5382)

*Attorneys for Shook, Hardy & Bacon, L.L.P.*